Certificate Number: 05781-PAE-DE-029853756

Bankruptcy Case Number: 17-15060



05781-PAE-DE-029853756

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on September 10, 2017, at 9:08 o'clock AM PDT, Jan Malmos completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 10, 2017            By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President